1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Jun 09, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 1:25-MJ-00043-EPG

12              Plaintiff,              ORDER TO UNSEAL CASE
           v.
13
   RALPH CONTRERAS, JR.,
14
                Defendant.
15

16

17
       Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered
18
   that the complaint and other court filings in the case be UNSEALED.
19

20 IT IS SO ORDERED.

21 Dated:  **June 9, 2025**                _____
22                                          STANLEY A. BOONE
                                            United States Magistrate Judge
23

2