IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RALPH CONTRERAS JR.,<br><br>Defendant. | CASE NO.   1:25-MJ-00043-EPG<br><br>PROTECTIVE ORDER |

For good cause shown, the stipulation between counsel dated June 11 2025, in Case No. 1:25-MJ-00043-EPG, regarding discovery and treatment of Protected Information is approved.

IT IS SO ORDERED.

Dated:   **June 11, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge

1